Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24−10582−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noelia L. Sacchi
   312 Myrtle Ave
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−7963

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               4/4/24
Time:               08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 23, 2024
JAN:

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-10582-VFP

Noelia L. Sacchi                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                                  Page 1 of 2

Date Rcvd: Jan 23, 2024                     Form ID: 132                                      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noelia L. Sacchi, 312 Myrtle Ave, New Milford, NJ 07646-1912 |
| 520141040 | + | Annie Q. Anjum, Tenaglia & Hunt, PA, 395 West Passaic St 205, Rochelle Park, NJ 07662-3016 |
| 520141043 | + | Genesis Laboratory Management LLC, 1912 Route 35 South Suite 202, Oakhurst, NJ 07755-2768 |
| 520141035 | + | John J. Sheerin, Mullooly Jeffrey Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, Syosset, NY 11791-4449 |
| 520141042 | + | Michael S. Harrison, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 520141041 | + | New Century Imaging LLC, 130 Kinderkamack Rd Suite #200, River Edge, NJ 07661-1931 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520141033 | + | Email/PDF: bncnotices@becket-lee.com | Jan 23 2024 20:52:36 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520141034 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 23 2024 20:39:00 | Bank of America, 21 N Tryon St, Charlotte, NC 28255-0001 |
| 520141036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2024 20:53:11 | Citibank NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520141030 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 23 2024 20:38:00 | Crosscountry Mortgage, 1 Corporate Dr Suite 360, Lake Zurich, IL 60047 |
| 520141037 | | Email/Text: goalrealignment@payoff.zendesk.com | Jan 23 2024 20:37:00 | Happy Money Inc., 21515 Hawthorne Blvd Ste 200, Torrance, CA 90503 |
| 520141038 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2024 21:03:31 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 520141032 | + | Email/Text: bankruptcynotices@sba.gov | Jan 23 2024 20:38:00 | U.S. Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 520141031 | | Email/Text: membersolutions@visionsfcu.org | Jan 23 2024 20:38:00 | Visions FCU, 24 McKinley Ave, Endicott, NY 13760 |
| 520141039 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 23 2024 20:52:48 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roman Akopian | on behalf of Debtor Noelia L. Sacchi romanakopian.law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3