| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 232200<br>Attorneys for Movant: CrossCountry Mortgage, LLC | |
| In Re:<br><br>Noelia L. Sacchi | Case No.: 24-10582-VFP<br>Chapter 13<br><br>Hearing Date: May 16, 2024<br>Time: 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from the Automatic Stay filed on April 25, 2024 as Document No. 20.

Date: May 15, 2024                    /s/Roger Fay, Esq., ID No. 60002014
                                      14000 Commerce Parkway, Suite H
                                      Mount Laurel, NJ 08054
                                      rfay@alaw.net

*Rev8/1/15*