| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 232200-3<br>Attorneys for Movant: CrossCountry Mortgage, LLC | |
| In Re:<br><br>Noelia L. Sacchi | Case No.: 24-10582-VFP<br>Chapter 13<br><br>Hearing Date: May 16, 2024<br>Time: 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER RESOLVING MOTION TO VACATE STAY
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: June 14, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page (2)
Debtor: Noelia L. Sacchi
Case No.: 24-10582-VFP
Caption of Order: ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

---

Upon the motion of Albertelli Law, Attorneys for the Secured Creditor, CrossCountry Mortgage, LLC ("Mortgagee"), under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as set forth in the motion papers and the parties, having been represented by their respective counsel, Roman Akopian, Esquire for Debtor, and for good cause shown, it is ORDERED as follows:

1. The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Mortgagee is the holder of a mortgage which is a lien on real property owned by Debtor known as and located at 312 Myrtle Ave, New Milford, NJ 07646 (the "Property").

3. The parties certify that there is a post-petition delinquency which is to be cured pursuant to the terms of this Order, said delinquency consisting of the following:

| | |
|---|---|
| 3 Payments @ $2,286.88 (3/1/2024 – 5/1/2024) | $6,860.64 |
| Post-petition attorney fees and costs | $ 699.00 |
| Less Suspense Balance | ($1,713.12) |
| **Total Post-Petition Arrears** | **$5,846.52** |

4. Commencing on June 1, 2024, Debtor shall resume making regular monthly mortgage payments currently in the amount of $2,286.88, and will pay late charges if applicable.

5. Debtor shall cure the arrears by making a payment of $5,846.52 prior to confirmation of Debtor's Chapter 13 Plan.

Page (3)
Debtor: Noelia L. Sacchi
Case No.: 24-10582-VFP
Caption of Order:  ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

6. All payments are to be mailed to Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9741.  Debtor shall reference the loan number on any and all payments made pursuant hereto.

7. Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this Order shall change accordingly.

8. In the event that Debtor is in default pursuant to the terms and conditions of this Order for a period of thirty (30) days, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Order.  If the default is not cured within ten days of the date of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating any such payment(s) more than thirty (30) days in default.  In the event that a notice of default is forwarded, it is agreed that acceptance of partial payment by the Secured Creditor may file a Certification of Default absent a full cure.

9. A copy of any Certification of Default and the proposed order must be served upon the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court.  A certificate of service shall be filed by counsel for Mortgagee evidencing same.

Page (4)
Debtor: Noelia L. Sacchi
Case No.: 24-10582-VFP
Caption of Order:  ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

10. In the event the instant bankruptcy case is converted to a case under Chapter 7, Debtor shall cure the pre-petition and post-petition mortgage arrears within ten (10) days from the date of such conversion.  Should Debtor fail to cure said arrears within the ten (10) day period, such failure shall be deemed a default under the terms of this stipulation and Mortgagee may send Debtor and Debtor's counsel a written notice of default.  If the default is not cured within ten (10) days from the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court, upon notice to the trustee, Debtor, and Debtor's counsel, and the Court shall enter an Order granting relief from the Automatic Stay as to the Property.

11. If the instant bankruptcy is dismissed, discharged or converted to a case under Chapter 7, this Stipulation shall be void and shall not be binding upon the parties.