Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−10582−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noelia L. Sacchi
   312 Myrtle Ave
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−7963

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/3/24 at 10:00 AM

to consider and act upon the following:

**25** − Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 312 Myrtle Ave, New Milford, NJ 07646. Fee Amount $ 199. filed by Creditor CrossCountry Mortgage, LLC, 23 Order on Motion For Relief From Stay) filed by Roger Fay on behalf of CrossCountry Mortgage, LLC. Objection deadline is 09/12/2024. (Attachments: # 1 Schedule A # 2 Schedule B # 3 Proposed Order # 4 Certificate of Service) (Fay, Roger)

**26** − Objection to Certification of Default (related document:25 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 312 Myrtle Ave, New Milford, NJ 07646. Fee Amount $ 199. filed by Creditor CrossCountry Mortgage, LLC, 23 Order on Motion For Relief From Stay) filed by Roger Fay on behalf of CrossCountry Mortgage, LLC. Objection deadline is 09/12/2024. (Attachments: # 1 Schedule A # 2 Schedule B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CrossCountry Mortgage, LLC) filed by Roman Akopian on behalf of Noelia L. Sacchi. (Attachments: # 1 Certificate of Service) (Akopian, Roman)

Dated: 9/13/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court