Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−10582−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Noelia L. Sacchi
312 Myrtle Ave
New Milford, NJ 07646

Social Security No.:
xxx−xx−7963

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/3/24 at 10:00 AM

to consider and act upon the following:

25 − Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 312 Myrtle Ave, New Milford, NJ 07646. Fee Amount $ 199. filed by Creditor CrossCountry Mortgage, LLC, 23 Order on Motion For Relief From Stay) filed by Roger Fay on behalf of CrossCountry Mortgage, LLC. Objection deadline is 09/12/2024. (Attachments: # 1 Schedule A # 2 Schedule B # 3 Proposed Order # 4 Certificate of Service) (Fay, Roger)

26 − Objection to Certification of Default (related document:25 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 312 Myrtle Ave, New Milford, NJ 07646. Fee Amount $ 199. filed by Creditor CrossCountry Mortgage, LLC, 23 Order on Motion For Relief From Stay) filed by Roger Fay on behalf of CrossCountry Mortgage, LLC. Objection deadline is 09/12/2024. (Attachments: # 1 Schedule A # 2 Schedule B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CrossCountry Mortgage, LLC) filed by Roman Akopian on behalf of Noelia L. Sacchi. (Attachments: # 1 Certificate of Service) (Akopian, Roman)

Dated: 9/13/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10582-VFP |
| Noelia L. Sacchi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 13, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

**Recip ID      Recipient Name and Address**
db          + Noelia L. Sacchi, 312 Myrtle Ave, New Milford, NJ 07646-1912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 15, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Fay | on behalf of Creditor CrossCountry Mortgage LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| Roman Akopian | on behalf of Debtor Noelia L. Sacchi romanakopian.law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5