| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 8, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    NOELIA L. SACCHI | Case No.:  24-10582<br><br>Hearing Date:  11/07/2024<br><br>Judge:  VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: **November 8, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s): NOELIA L. SACCHI

Case No.: 24-10582VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/07/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/7/2024 of the plan filed on 01/23/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/21/2024 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.