Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−10582−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noelia L. Sacchi
   312 Myrtle Ave
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−7963

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/22/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 22, 2024
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Noelia L. Sacchi  
    Debtor

Case No. 24-10582-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 22, 2024      Form ID: 148      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noelia L. Sacchi, 312 Myrtle Ave, New Milford, NJ 07646-1912 |
| 520141040 | + | Annie Q. Anjum, Tenaglia & Hunt, PA, 395 West Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 520141043 | + | Genesis Laboratory Management LLC, 1912 Route 35 South Suite 202, Oakhurst, NJ 07755-2768 |
| 520141035 | + | John J. Sheerin, Mullooly Jeffrey Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, Syosset, NY 11791-4449 |
| 520141042 | + | Michael S. Harrison, 3155 Route 10 East Suite 214, Denville, NJ 07834-3430 |
| 520141041 | + | New Century Imaging LLC, 130 Kinderkamack Rd Suite #200, River Edge, NJ 07661-1931 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520141033 | + | Email/PDF: bncnotices@becket-lee.com | Nov 22 2024 20:37:33 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520192383 | | Email/PDF: bncnotices@becket-lee.com | Nov 22 2024 20:38:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520141034 | + | EDI: BANKAMER2 | Nov 23 2024 01:13:00 | Bank of America, 21 N Tryon St, Charlotte, NC 28255-0001 |
| 520212301 | | EDI: BANKAMER | Nov 23 2024 01:12:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520192574 | | EDI: CITICORP | Nov 23 2024 01:13:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520141036 | + | EDI: CITICORP | Nov 23 2024 01:13:00 | Citibank NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520210402 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 22 2024 20:34:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520141030 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 22 2024 20:34:00 | Crosscountry Mortgage, 1 Corporate Dr Suite 360, Lake Zurich, IL 60047 |
| 520141037 | | Email/Text: sb_jira_integration@happymoney.com | Nov 22 2024 20:33:00 | Happy Money Inc., 21515 Hawthorne Blvd Ste 200, Torrance, CA 90503 |
| 520141038 | | EDI: JPMORGANCHASE | Nov 23 2024 01:12:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 520186756 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 22 2024 20:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520187002 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 24-10582-VFP   Doc 32   Filed 11/24/24   Entered 11/25/24 01:01:36   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: 148 | Total Noticed: 25 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 22 2024 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520141032 | + | Email/Text: bankruptcynotices@sba.gov | Nov 22 2024 20:34:00 | U.S. Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 520210270 | + | Email/Text: BhamBankruptcy@sba.gov | Nov 22 2024 20:34:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 520141031 | | Email/Text: bankruptcy@visionsfcu.org | Nov 22 2024 20:33:00 | Visions FCU, 24 McKinley Ave, Endicott, NY 13760 |
| 520186071 | | EDI: WFFC2 | Nov 23 2024 01:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520141039 | + | EDI: WFFC2 | Nov 23 2024 01:13:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520192385 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520187440 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Fay | on behalf of Creditor CrossCountry Mortgage LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| Roman Akopian | on behalf of Debtor Noelia L. Sacchi romanakopian.law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5