Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 24−10582−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noelia L. Sacchi
   312 Myrtle Ave
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−7963

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 19, 2025</u>                <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court